UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


STEPHANIE BARRON,

        Plaintiff,

                                   Case No. 07-CV-11580

vs.

                                   HON. GEORGE CARAM STEEH


FEDERAL HOME LOAN
MORTGAGE CORPORATION,
A United States Corporation;
CENTURY 21 DREWS REALTY,
A Michigan Corporation,

        Defendants.

_____/


<u>ORDER DENYING PLAINTIFF'S MOTION TO REMAND (DOC. # 8)</u>

      This action, filed by plaintiff in state court, was timely removed to federal court by

defendant Federal Home Loan Mortgage Corporation.  Plaintiff then filed a motion to

remand back to Lenawee County Circuit Court, on the basis that removal is not proper

under 28 U.S.C. § 1332(c)(1).  Plaintiff contends the action does not present a federal

question as it is for wrongful eviction, a matter of state law, and that there is "no basis

for this court to assert original federal question jurisdiction under diversity or subject

matter jurisdiction...."

      Defendant Federal Home Loan Mortgage Corporation (the "Corporation")

successfully opposes the motion, by demonstrating that the action was rightfully

removed under 12 U.S.C. § 1452(f).  That provision grants original jurisdiction to United

States district courts over "all civil actions to which the Corporation is a party...."

Defendant also points to several reported and unreported cases, such as <u>Huntingdon Valley Club Condominium Ass'n. v. Pennsylvania Housing Finance Agency</u>, 2005 WL 44524 (E.D. Pa.),  in which it successfully opposed similar motions to remand on the basis presented above, with which the court is in total agreement.  Accordingly, plaintiff's motion is DENIED.

IT IS SO ORDERED.


Dated:  June 18, 2007


<u>S/George Caram Steeh</u>
GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE


CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
June 18, 2007, by electronic and/or ordinary mail.

<u>S/Josephine Chaffee</u>
Deputy Clerk